IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACQUELINE SIMS**                                                                                          **PLAINTIFF**

**VS.**                                    **CASE NO. 4:07CV00429 JMM**

**STUTTGART ONE STOP**                                                                              **DEFENDANT**

### ORDER

Plaintiff's Motion to Dismiss her complaint is granted (#17).   Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this   5   day of September, 2007.


_____
James M. Moody
United States District Judge